686

No. 800. CHANNING *v.* UNITED STATES. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Barton Corneau* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *H. Brian Holland* for the United States.

No. 705. UNITED STATES EX REL. VOIGT *v.* TOOMBS, U.S. MARSHAL. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. February 5, 1934. Petition for writ of certiorari dismissed on motion of *Mr. Brantley Harris* for petitioner.

No. 779. UNITED STATES *v.* CAMPBELL. Appeal from the District Court of the United States for the Southern District of New York. February 12, 1934. Appeal dismissed and mandate granted on motion of *Solicitor General Biggs* for the United States.

No. 838. UNITED STATES *v.* BROWN ET AL. Appeal from the District Court of the United States for the Western District of Kentucky. March 5, 1934. Dismissed and mandate granted on motion of *Solicitor General Biggs* for the United States.

No. 18, original. PENNSYLVANIA *v.* ARKANSAS. March 5, 1934. Bill of complaint dismissed without prejudice on motion of *Mr. William A. Schnader* for the complainant.